# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3288

_____

Terry Lynn Casey,                          *
                                           *
            Appellant,                     *
                                           *   Appeal from the United States
      v.                                   *   District Court for the Eastern
                                           *   District of Arkansas.
Grant County Sheriff Department;           *
Robert Bird, Detective, Grant County       *   [UNPUBLISHED]
Sheriff's Department; Shane Green,         *
Deputy, Grant County Sheriff's             *
Department; Brett Turner, Former           *
Deputy, Grant County Sheriff's             *
Department,                                *
                                           *
            Appellees.                     *

_____

Submitted: December 1, 2008
      Filed: January 14, 2009

_____

Before MURPHY, BYE, and BENTON, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Terry Casey challenges the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action.  After careful de novo review, *see Ramlet v. E.F. Johnson Co.*, 507 F.3d 1149, 1152 (8th Cir. 2007) (standard of review), we conclude that Casey's claims regarding the traffic stop are either barred by collateral estoppel, *see Crumley v. City of St. Paul, Minn.*, 324 F.3d 1003, 1006-07 (8th Cir. 2003); *O'Marra v. Mackool*, 204 S.W.3d 49, 53 (Ark. 2005), or fail on their merits as a matter of law.  Accordingly, we affirm.  *See* 8th Cir. R. 47 B.

———————————————————

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.